FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 19 2017

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LUIS LOPEZ,

    Plaintiff,

v.

UNLIMITED LANDSCAPING &
TURF MANAGEMENT, INC., et al.,

    Defendants.

CIVIL ACTION FILE NO.

1:16-CV-2416-TCB

Consolidated with:

ANDREW MONTELLS,

    Plaintiff,

v.

UNLIMITED LANDSCAPING &
TURF MANAGEMENTS, INC., et al.,

    Defendants.

## ORDER AND JUDGMENT

This case is presently before the Court on the parties' joint motions for approval of FLSA settlement. After reviewing the settlement agreements the Court GRANTS the motions (Docs. 42 and 43). The settlement agreements of the parties is approved, and the terms of the parties' agreements are hereby incorporated into this Order as the stipulated

Judgment in this case. It is further ordered that the unredacted versions (attached) are to be filed UNDER SEAL. Plaintiffs Lopez and Montell's claims are DISMISSED with prejudice.

**SO ORDERED** this 19th day of July, 2017.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)